| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **NEXUS BANKRUPTCY**<br>**Benjamin Heston (297798)**<br>**100 Bayview Circle #100**<br>**Newport Beach, CA 92660**<br>**Tel: 949-312-1377**<br>**Fax: 949-288-2054**<br>**ben@nexusbk.com**<br><br>☐ *Debtor(s) appearing without an attorney*<br>☑ *Attorney for Debtor(s)* | |

# United States Bankruptcy Court
## Central District of California - Riverside Division

| In re:<br>Mayra Yasmin Leon | CASE NO.:<br>CHAPTER: Chapter 7 |
|---|---|
| | **DECLARATION BY DEBTOR(S) AS TO WHETHER INCOME WAS RECEIVED FROM AN EMPLOYER WITHIN 60 DAYS OF THE PETITION DATE**<br><br>[11 U.S.C. § 521(a)(1)(B)(iv)] |
| Debtor(s). | [No hearing required] |

Debtor(s) provides the following declaration(s) as to whether income was received from an employer within 60 days of the Debtor(s) filing this bankruptcy case (Petition Date), as required by 11 U.S.C. § 521(a)(1)(B)(iv):

Declaration of Debtor 1

1. ☑ I am Debtor 1 in this case, and I declare under penalty of perjury that the following information is true and correct:

    **During the 60-day period before the Petition Date** ( *Check only ONE box below* ):

    ☑ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. *(If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)*

    ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: 07/20/2023        Mayra Yasmin Leon                    */s/ Mayra Leon*
                        Printed name of Debtor 1              Signature of Debtor 1

Declaration of Debtor 2 (Joint Debtor) (if applicable)

2. ☐ I am Debtor 2 in this case, and I declare under penalty of perjury that the following information is true and correct:

    **During the 60-day period before the Petition Date** ( *Check only ONE box below* ):

    ☐ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. *(If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)*

    ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: _____    _____    _____
                        Printed name of Debtor 2              Signature of Debtor 2

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2015                                                                F 1002-1.EMP.INCOME.DEC

| County of Riverside | | | Pay Day: 06/28/23 | Business Unit: | RIVCO |
|---|---|---|---|---|---|
| Ben J. Benoit, County Auditor-Controller | | | Pay Begin Date: 06/01/2023 | Advice #: | 10708037 |
| | | | Pay End Date: 06/14/2023 | Advice Date: | 06/28/2023 |

| | | |
|---|---|---|
| **Mayra Y Leon**<br>3366 CABRILLO CT<br>PERRIS, CA  92570<br>Step Increase Date:       11/30/2023<br>Grade/Step:                174/0 | Employee ID:    222298<br>Department:      2300100000-CHILD SUPPORT SERVICES<br>Location:           2001, 2041 & 2081 Iowa Ave<br>Job Title:          SUPV OFFICE ASSISTANT I<br>Pay Rate:         $21.341 | **TAX DATA:**          Federal         CA State<br>Marital Status:      Single            S/M-2 inc<br>Allowances:                              2<br>Dep. Amt:        2,000.00<br>Addl. Pct:<br>Addl. Amt:       25.00 |

### HOURS AND EARNINGS

| Code | Description | Rate | Current Hours | Current Earnings | YTD Earnings |
|---|---|---|---|---|---|
| REG | Regular | 21.341 | 80.00 | 1,707.26 | 19,270.72 |
| FLX | Flexible Benefit | | | 404.10 | 4,849.20 |
| HST | Health, Safety, Training Fund | | | 0.80 | 0.00 |
| COT | County Overtime | | | 0.00 | 336.12 |
| OVT | Overtime | | | 0.00 | 1,456.51 |
| XOT | System Def -Straight Overtime | | | 0.00 | 160.05 |
| HOL | Holiday | | | 0.00 | 1,024.38 |
| SCK | Sick | | | 0.00 | 842.94 |
| VAC | Vacation | | | 0.00 | 1,056.36 |
| **TOTAL:** | | | **80.00** | **2,111.36** | **28,996.28** |

### TAXES

| Description | Current Tax | Current Tx Erns | YTD Tax | YTD Tx Erns |
|---|---|---|---|---|
| Fed Withholdng | 66.74 | 1,592.06 | 1,106.64 | 22,649.48 |
| Fed MED/EE | 24.75 | 1,707.26 | 350.13 | 24,147.08 |
| Fed OASDI/EE | 105.85 | 1,707.26 | 1,497.12 | 24,147.08 |
| CA Withholdng | 24.87 | 1,592.06 | 449.00 | 22,649.48 |
| CA SDI/EE | 14.33 | 1,592.06 | 203.85 | 22,649.48 |
| **TOTAL:** | **236.54** | | **3,606.74** | |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Kaiser | 377.32 | 4,527.84 |
| Delta PPO | 22.50 | 270.00 |
| Eyemed | 4.28 | 51.36 |
| Miscellaneous Retirement Tier2 | 115.20 | 1,497.60 |
| **TOTAL:** | **519.30** | **6,346.80** |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| **TOTAL:** | **0.00** | **0.00** |

### EMPLOYER PAID BENEFITS/MISCELLANEOUS

| Description | Current | YTD |
|---|---|---|
| Basic Life | 2.46 | 29.52 |
| SEIU Long-Term Disability | 5.55 | 72.15 |
| PERS Coverage Code C70006 | 183.70 | 2,388.10 |
| SEIU Training Fund | 0.80 | 10.40 |
| *TAXABLE | | |

| | TOTAL GROSS | TAXABLE EARNINGS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 2,111.36 | 1,592.06 | 236.54 | 519.30 | 1,355.52 |
| YTD: | 28,996.28 | 22,649.48 | 3,606.74 | 6,346.80 | 19,042.74 |

| BENE HOURS | PREV BAL | +EARNED | -USED/SOLD | +/-ADJ | CURR BAL |
|---|---|---|---|---|---|
| Vacation | 7.96 | 3.08 | 0.00 | 0.00 | 11.04 |
| X-Vacation | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Sick | 27.50 | 4.00 | 0.00 | 0.00 | 31.50 |
| Comp | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Mgmt Comp | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Holiday | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Admin Lve | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Annual Lve | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Personal Lve | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| SpecVac | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| ACGMEPdSckLv | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

### NET PAY DISTRIBUTION

| Acct Type | Acct Number | Deposit Amount |
|---|---|---|
| Checking | 4036 | $1,355.52 |
| DD Net Pay: | | **$1,355.52** |

| Payment Type | Payment Amount |
|---|---|
| Advice #0010708037 | $ 1,355.52 |
| **Paycheck Net Amount:** | **$ 1,355.52** |

**MESSAGE:** HAVE YOU CONSIDERED BEING A FOSTER PARENT, IF SO CALL 1 (800) 665-KIDS (5437)



# NON-NEGOTIABLE

| County of Riverside | | | | Pay Date: | 07/12/2023 | Business Unit: | RIVCO |
|---|---|---|---|---|---|---|---|
| Ben J. Benoit, County Auditor-Controller | | | | Pay Begin Date: | 06/15/2023 | Advice #: | **10730613** |
| | | | | Pay End Date: | 06/28/2023 | Advice Date: | 07/12/2023 |

| **Mayra Y Leon** | | Employee ID: | 222298 | | TAX DATA: | Federal | CA State |
|---|---|---|---|---|---|---|---|
| 3366 CABRILLO CT | | Department: | 2300100000-CHILD SUPPORT SERVICES | | Marital Status: | Single | S/M-2 inc |
| PERRIS, CA 92570 | | Location: | 2001, 2041 & 2081 Iowa Ave | | Allowances: | | 2 |
| Step Increase Date: | 11/30/2023 | Job Title: | SUPV OFFICE ASSISTANT I | | Dep. Amt: | 2,000.00 | |
| Grade/Step: | 174/0 | Pay Rate: | $21.341 | | Addl. Pct: | | |
| | | | | | Addl. Amt: | 25.00 | |

### HOURS AND EARNINGS

| Code | Description | Rate | Current Hours | Current Earnings | YTD Earnings |
|---|---|---|---|---|---|
| REG | Regular | 21.341 | 51.90 | 1,107.59 | 20,378.31 |
| SCK | Sick | 21.341 | 28.10 | 599.67 | 1,442.61 |
| FLX | Flexible Benefit | | | 404.10 | 5,253.30 |
| HST | Health, Safety, Training Fund | | | 0.80 | 0.00 |
| COT | County Overtime | | | 0.00 | 336.12 |
| OVT | Overtime | | | 0.00 | 1,456.51 |
| XOT | System Def -Straight Overtime | | | 0.00 | 160.05 |
| HOL | Holiday | | | 0.00 | 1,024.38 |
| VAC | Vacation | | | 0.00 | 1,056.36 |
| **TOTAL:** | | | **80.00** | **2,111.36** | **31,107.64** |

### TAXES

| Description | Current Tax | Current Tx Erns | YTD Tax | YTD Tx Erns |
|---|---|---|---|---|
| Fed Withholdng | 66.74 | 1,592.06 | 1,173.38 | 24,241.54 |
| Fed MED/EE | 24.76 | 1,707.26 | 374.89 | 25,854.34 |
| Fed OASDI/EE | 105.85 | 1,707.26 | 1,602.97 | 25,854.34 |
| CA Withholdng | 24.87 | 1,592.06 | 473.87 | 24,241.54 |
| CA SDI/EE | 14.32 | 1,592.06 | 218.17 | 24,241.54 |
| **TOTAL:** | **236.54** | | **3,843.28** | |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Kaiser | 377.32 | 4,905.16 |
| Delta PPO | 22.50 | 292.50 |
| Eyemed | 4.28 | 55.64 |
| Miscellaneous Retirement Tier2 | 115.20 | 1,612.80 |
| **TOTAL:** | **519.30** | **6,866.10** |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| **TOTAL:** | **0.00** | **0.00** |

### EMPLOYER PAID BENEFITS/MISCELLANEOUS

| Description | Current | YTD |
|---|---|---|
| Basic Life | 2.46 | 31.98 |
| SEIU Long-Term Disability | 5.55 | 77.70 |
| PERS Coverage Code C70006 | 183.70 | 2,571.80 |
| SEIU Training Fund | 0.80 | 11.20 |
| *TAXABLE | | |

| | TOTAL GROSS | TAXABLE EARNINGS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 2,111.36 | 1,592.06 | 236.54 | 519.30 | 1,355.52 |
| YTD: | 31,107.64 | 24,241.54 | 3,843.28 | 6,866.10 | 20,398.26 |

| BENE HOURS | PREV BAL | +EARNED | -USED/SOLD | +/-ADJ | CURR BAL |
|---|---|---|---|---|---|
| Vacation | 11.04 | 3.08 | 0.00 | 0.00 | 14.12 |
| X-Vacation | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Sick | 31.50 | 4.00 | 28.10 | 0.00 | 7.40 |
| Comp | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Mgmt Comp | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Holiday | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Admin Lve | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Annual Lve | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Personal Lve | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| SpecVac | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| ACGMEPdSckLv | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

### NET PAY DISTRIBUTION

| Acct Type | Acct Number | Deposit Amount |
|---|---|---|
| Checking | 4036 | $1,355.52 |
| DD Net Pay: | | **$1,355.52** |

| Payment Type | Payment Amount |
|---|---|
| Advice #0010730613 | $ 1,355.52 |
| **Paycheck Net Amount:** | **$ 1,355.52** |

**MESSAGE:** HAVE YOU CONSIDERED BEING A FOSTER PARENT, IF SO CALL 1 (800) 665-KIDS (5437)



**NON-NEGOTIABLE**

| County of Riverside | | | | | | | | Pay Date: 07/28/23 | RI-Check Issued 07/28/23 | Business Unit: | Desc |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Ben J. Benoit, County Auditor-Controller | | | | | | | | Pay Begin Date: 06/29/2023 | | Advice #: | 10753185 |
| | | | | | | | | Pay End Date: 07/12/2023 | | Advice Date: | 07/26/2023 |

| **Mayra Y Leon** | Employee ID: | 222298 | TAX DATA: | Federal | CA State |
|---|---|---|---|---|---|
| 3366 CABRILLO CT | Department: | 2300100000-CHILD SUPPORT SERVICES | Marital Status: | Single | S/M-2 inc |
| PERRIS, CA  92570 | Location: | 2001, 2041 & 2081 Iowa Ave | Allowances: | | 2 |
| Step Increase Date:  11/30/2023 | Job Title: | SUPV OFFICE ASSISTANT I | Dep. Amt: | 2,000.00 | |
| Grade/Step:  174/0 | Pay Rate: | $21.341 | Addl. Pct: | | |
| | | | Addl. Amt: | 25.00 | |

### HOURS AND EARNINGS / TAXES

| Code | Description | Rate | Current Hours | Current Earnings | YTD Earnings | Description | Current Tax | Current Tx Erns | YTD Tax | YTD Tx Erns |
|---|---|---|---|---|---|---|---|---|---|---|
| REG | Regular | 21.341 | 70.00 | 1,493.85 | 21,872.16 | Fed Withholdng | 66.74 | 1,592.06 | 1,240.12 | 25,833.60 |
| HOL | Holiday | 21.341 | 8.00 | 170.73 | 1,195.11 | Fed MED/EE | 24.75 | 1,707.26 | 399.64 | 27,561.60 |
| VAC | Vacation | 21.341 | 2.00 | 42.68 | 1,099.04 | Fed OASDI/EE | 105.85 | 1,707.26 | 1,708.82 | 27,561.60 |
| FLX | Flexible Benefit | | | 404.10 | 5,657.40 | CA Withholdng | 24.87 | 1,592.06 | 498.74 | 25,833.60 |
| HST | Health, Safety, Training Fund | | | 0.80 | 0.00 | CA SDI/EE | 14.33 | 1,592.06 | 232.50 | 25,833.60 |
| COT | County Overtime | | | 0.00 | 336.12 | | | | | |
| OVT | Overtime | | | 0.00 | 1,456.51 | | | | | |
| XOT | System Def -Straight Overtime | | | 0.00 | 160.05 | | | | | |
| SCK | Sick | | | 0.00 | 1,442.61 | | | | | |
| | TOTAL: | | 80.00 | 2,111.36 | 33,219.00 | TOTAL: | 236.54 | | 4,079.82 | |

### BEFORE-TAX DEDUCTIONS / AFTER-TAX DEDUCTIONS / EMPLOYER PAID BENEFITS/MISCELLANEOUS

| Description | Current | YTD | Description | Current | YTD | Description | Current | YTD |
|---|---|---|---|---|---|---|---|---|
| Kaiser | 377.32 | 5,282.48 | | | | Basic Life | 2.46 | 34.44 |
| Delta PPO | 22.50 | 315.00 | | | | SEIU Long-Term Disability | 5.55 | 83.25 |
| Eyemed | 4.28 | 59.92 | | | | PERS Coverage Code C70006 | 201.29 | 2,773.09 |
| Miscellaneous Retirement Tier2 | 115.20 | 1,728.00 | | | | SEIU Training Fund | 0.80 | 12.00 |
| TOTAL: | 519.30 | 7,385.40 | TOTAL: | 0.00 | 0.00 | *TAXABLE | | |

| | TOTAL GROSS | TAXABLE EARNINGS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 2,111.36 | 1,592.06 | 236.54 | 519.30 | 1,355.52 |
| YTD: | 33,219.00 | 25,833.60 | 4,079.82 | 7,385.40 | 21,753.78 |

| BENE HOURS | PREV BAL | +EARNED | -USED/SOLD | +/-ADJ | CURR BAL |
|---|---|---|---|---|---|
| Vacation | 14.12 | 3.08 | 2.00 | 0.00 | 15.20 |
| X-Vacation | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Sick | 7.40 | 4.00 | 0.00 | 0.00 | 11.40 |
| Comp | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Mgmt Comp | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Holiday | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Admin Lve | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Annual Lve | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Personal Lve | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| SpecVac | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| ACGMEPdSckLv | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

### NET PAY DISTRIBUTION

| Acct Type | Acct Number | Deposit Amount |
|---|---|---|
| Checking | 4036 | $1,355.52 |
| DD Net Pay: | | **$1,355.52** |

| Payment Type | Payment Amount |
|---|---|
| Advice #0010753185 | $ 1,355.52 |
| **Paycheck Net Amount:** | **$ 1,355.52** |

**MESSAGE:** HAVE YOU CONSIDERED BEING A FOSTER PARENT, IF SO CALL 1 (800) 665-KIDS (5437)



# NON-NEGOTIABLE

County of Riverside
Ben J. Benoit, County Auditor-Controller

Case 6:23-bk-13605-WJ    Doc 9    Filed 08/28/23    Entered 08/28/23 22:12:38    Desc
Main Document    Page 5 of 5

Pay Begin Date: 07/13/2023    R1-Check Date: 07/26/2023    Business Unit:
Pay End Date: 07/26/2023                                    Advice #: 10775831
                                                            Advice Date: 08/09/2023

| **Mayra Y Leon** | Employee ID: | 222298 | TAX DATA: | Federal | CA State |
|---|---|---|---|---|---|
| 3366 CABRILLO CT | Department: | 2300100000-CHILD SUPPORT SERVICES | Marital Status: | Single | S/M-2 inc |
| PERRIS, CA 92570 | Location: | 2001, 2041 & 2081 Iowa Ave | Allowances: | | 2 |
| Step Increase Date: 11/30/2023 | Job Title: | SUPV OFFICE ASSISTANT I | Dep. Amt: | 2,000.00 | |
| Grade/Step: 174/0 | Pay Rate: | $21.341 | Addl. Pct: | | |
| | | | Addl. Amt: | 25.00 | |

### HOURS AND EARNINGS

| Code | Description | Rate | Current Hours | Current Earnings | YTD Earnings |
|---|---|---|---|---|---|
| REG | Regular | 21.341 | 76.00 | 1,621.90 | 23,494.06 |
| SCK | Sick | 21.341 | 4.00 | 85.36 | 1,527.97 |
| FLX | Flexible Benefit | | | 404.10 | 6,061.50 |
| HST | Health, Safety, Training Fund | | | 0.80 | 0.00 |
| COT | County Overtime | | | 0.00 | 336.12 |
| OVT | Overtime | | | 0.00 | 1,456.51 |
| XOT | System Def -Straight Overtime | | | 0.00 | 160.05 |
| HOL | Holiday | | | 0.00 | 1,195.11 |
| VAC | Vacation | | | 0.00 | 1,099.04 |
| | TOTAL: | | 80.00 | 2,111.36 | 35,330.36 |

### TAXES

| Description | Current Tax | Current Tx Erns | YTD Tax | YTD Tx Erns |
|---|---|---|---|---|
| Fed Withholdng | 66.74 | 1,592.06 | 1,306.86 | 27,425.66 |
| Fed MED/EE | 24.76 | 1,707.26 | 424.40 | 29,268.86 |
| Fed OASDI/EE | 105.85 | 1,707.26 | 1,814.67 | 29,268.86 |
| CA Withholdng | 24.87 | 1,592.06 | 523.61 | 27,425.66 |
| CA SDI/EE | 14.33 | 1,592.06 | 246.83 | 27,425.66 |
| TOTAL: | 236.55 | | 4,316.37 | |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Kaiser | 377.32 | 5,659.80 |
| Delta PPO | 22.50 | 337.50 |
| Eyemed | 4.28 | 64.20 |
| Miscellaneous Retirement Tier2 | 115.20 | 1,843.20 |
| TOTAL: | 519.30 | 7,904.70 |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| TOTAL: | 0.00 | 0.00 |

### EMPLOYER PAID BENEFITS/MISCELLANEOUS

| Description | Current | YTD |
|---|---|---|
| Basic Life | 2.46 | 36.90 |
| SEIU Long-Term Disability | 5.55 | 88.80 |
| PERS Coverage Code C70006 | 201.29 | 2,974.38 |
| SEIU Training Fund | 0.80 | 12.80 |
| *TAXABLE | | |

| | TOTAL GROSS | TAXABLE EARNINGS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 2,111.36 | 1,592.06 | 236.55 | 519.30 | 1,355.51 |
| YTD: | 35,330.36 | 27,425.66 | 4,316.37 | 7,904.70 | 23,109.29 |

| BENE HOURS | PREV BAL | +EARNED | -USED/SOLD | +/-ADJ | CURR BAL |
|---|---|---|---|---|---|
| Vacation | 15.20 | 3.08 | 0.00 | 0.00 | 18.28 |
| X-Vacation | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Sick | 11.40 | 4.00 | 4.00 | 0.00 | 11.40 |
| Comp | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Mgmt Comp | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Holiday | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Admin Lve | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Annual Lve | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Personal Lve | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| SpecVac | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| ACGMEPdSckLv | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

### NET PAY DISTRIBUTION

| Acct Type | Acct Number | Deposit Amount |
|---|---|---|
| Checking | 4036 | $1,355.51 |
| DD Net Pay: | | $1,355.51 |

| Payment Type | Payment Amount |
|---|---|
| Advice #0010775831 | $ 1,355.51 |
| **Paycheck Net Amount:** | **$ 1,355.51** |

**MESSAGE:** HAVE YOU CONSIDERED BEING A FOSTER PARENT, IF SO CALL 1 (800) 665-KIDS (5437)



**NON-NEGOTIABLE**